No. 377, Misc.   ELLMORE *v.* BRUCKER, SECRETARY, DE-PARTMENT OF THE ARMY, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Lowry N. Coe* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for respondents.

No. 378, Misc.   SMITH *v.* DULLES, SECRETARY OF STATE, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Francis C. Brooke* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for respondents.

No. 343.   OWEN ET AL., MEMBERS OF THE ALABAMA PUBLIC SERVICE COMMISSION, ET AL. *v.* BROWDER ET AL., *ante,* p. 903;

No. 358.   COLD METAL PROCESS CO. ET AL. *v.* REPUBLIC STEEL CORP., *ante,* p. 891;

No. 367.   HINELINE *v.* UNITED STATES, *ante,* p. 891; and

No. 433.   McGOWEN *v.* TEXAS, *ante,* p. 902.   Petitions for rehearing denied.

No. 352.   SHEPPARD *v.* OHIO, *ante,* p. 910.   Rehearing denied.   MR. JUSTICE BURTON took no part in the consideration or decision of this application.

No. 163.   CROSBY ET AL. *v.* UNITED STATES, *ante,* p. 831.   Rehearing denied.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.